UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-cr-73 |
| | ) | Judges Phillips/Guyton |
| TONY EPPS | ) | |

O R D E R

On the petition of the United States of America by Harry S. Mattice, Jr., United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff of Knox County to bring Tony Epps before this Court at Knoxville, Tennessee, on August 18, 2005, at 2:00 p.m. for an initial appearance or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter be returned to the Knox County Detention Facility.

And it is further ordered that in the event the Sheriff of said Knox County so elects, the United States Marshal for the Eastern District of Tennessee or any other duly authorized United States Marshal or Deputy United States Marshal is directed to receive said Tony Epps into his custody and transport him to and from the Knox County Detention Facility and this Court for the aforesaid purpose.

ENTERED:

    s/ H. Bruce Guyton
United States Magistrate Judge